AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By Stefanie Rather
Deputy Clerk

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. MJ20-038 |
| US Priority Mail Parcel, bearing confirmation number 9470 1368 9784 6291 5946 73 | ) ) ) | |

_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

FEB 06 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                      DEPUTY

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attahced hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attahced hereto and incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before  2/12/2020  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in West. Dist. of Washington  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  January 30, 2020 at 8:45a.m.                    /s/ *Judge's signature*

City and state:   Seattle, Washington                   Brian A. Tsuchida, Chief United States Magistrate Judge
                                                       *Printed name and title*

USAO# 2020R00005
[BEATIFUDES GIFT SHOP to BURGESS]

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.:<br>MJ20-038 | Date and time warrant executed:<br>01/30/2020 @ approximatley 9:47 am | Copy of warrant and inventory left with:<br>USPS |
|---|---|---|

Inventory made in the presence of :
Special Agent Nelson Rivera

Inventory of the property taken and name of any person(s) seized:

1) Parcel 9470 1368 9784 6291 5946 73 and packaging.

2) Approximately 1,132 grams of crystalline substances which presumptively tested positive for the presence of methamphetamine.

3) Approximatley 82 grams of a brown substance which presumptively tested positive for the presence of heroin.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/6/2020

_____
Executing officer's signature

Michael Fischlin, U.S. Postal Inspector
Printed name and title

**Return Received**
Date 2/6/20
Signature _____

## ATTACHMENT A
Parcel to be searched

SUBJECT PARCEL: One Express Mail parcel addressed to "Hold For – Austin Burgess, 2442 Northwest Market Street, Seattle, WA 98107-4137" with a return address of "Beatitudes Gift Shop, 1650 W Glendale Ave #4400, Phoenix, AZ 85021." This parcel measures approximately 10" x 8" x 4.75" with a weight of approximately 3 pounds, 4 ounces. The SUBJECT PARCEL is postmarked January 14, 2020. The delivery confirmation number is 9470 1368 9784 6291 5946 73.

The SUBJECT PARCEL is currently in the custody of the USPIS located at 10700 27th Ave S, Tukwila, Washington.

ATTACHMENT A – 1
USAO# 2020R00005
[BEATIFUDES GIFT SHOP to BURGESS]

# ATTACHMENT B
## Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section 841(a)(1), distribution and possession with intent to distribute controlled substances, and Section 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

a. Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, and gift cards;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the parcel.

ATTACHMENT B – 1
USAO# 2020R00005
[BEATIFUDES GIFT SHOP to BURGESS]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970